# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

SAMUEL CARABALLO,

    Plaintiff,
v.                                              CASE NO. 5:17cv153-MCR-GRJ

C/O J WILSON,

    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 13, 2017. ECF No. 4. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** for failure to state a claim upon which relief may be granted and failure to exhaust administrative remedies.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of July, 2017.

 s/ *M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**